From this order an appeal was taken to this court.

It appears from the record that the contract referred to was to run for a period of one year beginning November 6th, 1916. The time covered by the contract has therefore expired and nothing can be accomplished by the suit. This being true the appeal will be dismissed. McKeown v. Evans, 73 Fla. 34, 73 South. Rep. 841.

It is so ordered.

All concur.

AYCOCK LUMBER COMPANY, A CORPORATION, *Plaintiff in Error*, v. D. F. COX, *Defendant in Error*.

Opinion filed May 7, 1918.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Jackson.

*Price & Carter*, for Plaintiff in Error;

*J. H. Finch*, for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term thereof upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and

adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., took no part.

---

LOUISVILLE & NASHVILLE RAILROAD COMPANY, A CORPORA-ATION, *Plaintiff in Error,* v. E. B. HARRIS, *Defendant in Error.*

Opinion filed May 7, 1918.

A Writ of Error to a Judgment of the Court of Record within and for the County of Escambia.

*Blount & Blount & Carter, for* Plaintiff in Error;

*John P. Stokes* and *R. Pope Reese, for* Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term thereof upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Court of Record be, and the same is hereby, affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., took no part.